PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8963
   Facsimile (415) 744-0134
   E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ARZEE SLOAN, | ) CIVIL NO. 2:20-cv-01925-CKD |
|     Plaintiff, | ) <br> ) STIPULATION AND ORDER FOR <br> ) DEFENDANT'S FIRST EXTENSION OF |
| vs. | ) TIME TO RESPOND TO PLAINTIFF'S <br> ) MOTION FOR SUMMARY JUDGMENT |
| KILOLO KIJAKAZI, Acting <br>    Commissioner Of Social Security, | ) <br> ) <br> ) |
|     Defendant. | ) <br> ) |

    IT IS HEREBY STIPULATED, by and between Arzee Sloan ("Plaintiff") and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motion. The current deadline is November 4, 2021, and the new deadline will be December 21, 2021. Any reply will be due on or before January 5, 2022. This is the first extension of time requested in the above-captioned matter of time requested in the above-captioned matter. Defendant requests this additional time because this case is in the process of being transferred interoffice to another attorney who will be responsible for responding to Plaintiff's motion for summary

judgment and requires additional time to adequately address the arguments Plaintiff raises. The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date: October 26, 2021                        CERNEY KREUZE & LOTT, LLP

                                                   By: /s/ *Shellie Lott**
                                                   SHELLIE LOTT
                                                   Attorneys for the Plaintiff
                                                   (*Authorized by email on October 26, 2021)

Date: October 26, 2021                        PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                                   By: /s/ *Sharon Lahey*
                                                   SHARON LAHEY
                                                   Special Assistant United States Attorney

## ORDER

Pursuant to stipulation, good cause appearing, IT IS SO ORDERED. Defendant shall respond to Plaintiff's motion for summary judgment and/or to file any cross-motion on or before December 21, 2021. Any reply shall be due on or before January 5, 2022.

Dated: October 28, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1