PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON, HI 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
SARAH E. PRESTON, MO 60154
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (816) 936-5931
    Facsimile: (833) 950-3518
    E-Mail: Sarah.Preston@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARZEE SLOAN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:20-cv-01925-CKD<br><br>**STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record, including the medical opinions and prior administrative medical findings and Plaintiff's subjective complaints.  The parties further request that the Court direct the Clerk

of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 21st day of December 2021.

Dated:  January 3, 2022                     /s/  Shellie Lott
                                            SHELLIE LOTT
                                            Attorney for Plaintiff
                                            *Authorized via e-mail on December 20, 2021

Dated:  January 3, 2022                     PHILLIP A. TALBERT
                                            Acting United States Attorney
                                            PETER K. THOMPSON
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                              By:           /s/ SARAH E. PRESTON
                                            SARAH E. PRESTON
                                            Special Assistant United States Attorney

                                            Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

Dated:  January 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE